IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY SPRUILL, ) | |
|     Petitioner, ) | |
| ) | |
|     vs. ) | Civil Action No. 07-98 |
| ) | |
| JAMES L. GRACE, et al., ) | |
|     Respondents. ) | |

O R D E R

AND NOW, this 23rd day of February, 2007, after the petitioner, Gregory Spruill, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 11), which is adopted as the opinion of this Court,

IT IS ORDERED that this case is transferred to the United States Court of Appeals for the Third Circuit as a successive petition.

                                s/Arthur J. Schwab
                                Arthur J. Schwab
                                United States District Judge

cc:    Gregory Spruill
        AP-5663
        SCI Huntingdon
        1100 Pike Street
        Huntingdon, PA 16654-1112